**Nos. 2014-1335, -1368**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC., a California corporation,

*Plaintiff-Cross Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,
SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,
SAMSUNG TELECOMMUNICATIONS AMERICA LLC,
a Delaware limited liability company,

*Defendants-Appellants.*

Appeals from the United States District Court for the
Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

**UNOPPOSED MOTION OF PLAINTIFF-CROSS APPELLANT
APPLE INC. FOR A 21-DAY EXTENSION OF TIME
IN WHICH TO FILE PRINCIPAL BRIEF**

| | |
|---|---|
| JAMES L. QUARLES III<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 | WILLIAM F. LEE<br>MARK C. FLEMING<br>LAUREN B. FLETCHER<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| June 20, 2014 | *(Additional Counsel Listed on Next Page)* |

| | |
|---|---|
| RACHEL KREVANS<br>RUTH N. BORENSTEIN<br>CHRISTOPHER L. ROBINSON<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>(415) 268-7000 | MARK D. SELWYN<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 858-6000<br><br>*Attorneys for Plaintiff-Cross Appellant Apple Inc.* |

**CERTIFICATE OF INTEREST**

Counsel for Plaintiff-Cross Appellant Apple Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

Apple Inc.

2. The names of the real party in interest represented by us is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

MORRISON & FOERSTER LLP:  Ruchika Agrawal (former), Deok Keun Matthew Ahn (former), Charles S. Barquist, Jason R. Bartlett, Ruth N. Borenstein, Brittany N. DePuy, Francis Chung-Hoi Ho (former), Richard S.J. Hung, Michael A. Jacobs, Esther Kim, Grant L. Kim, Alexei Klestoff, Rachel Krevans, Kenneth Alexander Kuwayti, Jack Williford Londen, Harold J. McElhinny, Andrew Ellis Monach, Erik J. Olson, Marc J. Pernick (former), Taryn Spelliscy Rawson, Christopher Leonard Robinson, Nathaniel Bryan Sabri, Jennifer Lee Taylor, Alison Margaret Tucher (former), Christopher James Wiener, Patrick J. Zhang (former)

WILMER CUTLER PICKERING HALE AND DORR LLP:  David B. Bassett, James C. Burling, Robert Donald Cultice, Andrew J. Danford, Michael A. Diener, Christine E. Duh, Mark D. Flanagan, Mark C. Fleming, Eric Fletcher, Lauren B. Fletcher, Sarah R. Frazier, Richard Goldenberg, Robert J. Gunther, Jr., Liv Leila Herriot, Michael R. Heyison, Peter James Kolovos, Derek Lam, Gregory H. Lantier, Brian Larivee, William F. Lee, Andrew L. Liao, Joseph J. Mueller, Kevin Scott Prussia, James L. Quarles, III, Michael Saji (former), Brian Seeve, Mark Daniel Selwyn, Ali H. Shah (former), Victor F. Souto, Thomas Sprankling, Timothy Davis Syrett, Nina S. Tallon, Samuel Calvin Walden, Emily R. Whelan, Jeremy S. Winer

- ii -

<u>COOLEY LLP</u>:  Benjamin George Damstedt, Jesse L. Dyer (former), Timothy S. Teter

<u>TAYLOR & COMPANY LAW OFFICES, LLP</u>:  Joshua Ryan Benson, Stephen McGeorge Bundy, Stephen E. Taylor

<u>MAVRAKAKIS LAW GROUP LLP</u>:  Kenneth H. Bridges (former), Michael T. Pieja

Dated:  June 20, 2014                         */s/ William F. Lee*
                                                  William F. Lee
                                                  WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                60 State Street
                                                Boston, MA  02109
                                                (617) 526-6000

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Plaintiff-Cross Appellant Apple Inc. ("Apple") moves for a 21-day enlargement of time in which to file Apple's principal brief. Apple's principal brief is currently due on July 7, 2014; the requested extension would extend that date to July 28, 2014. Apple has not previously sought to extend the deadline for this brief.

Apple requests the 21-day extension because of the upcoming July 4th holiday and to accommodate the schedule of its appellate counsel, who has several other professional obligations in the imminent future, as set forth in the Declaration of William F. Lee submitted herewith.

Counsel for Apple has conferred with counsel for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America LLC (collectively, "Samsung") regarding the substance of this motion. Samsung consents to the relief sought herein and will not file a response.

Apple accordingly requests that this Court grant its unopposed motion and extend the due date of Apple's principal brief from July 7, 2014 to July 28, 2014. A proposed order is included herewith.

|  | Respectfully submitted, |
|---|---|
|  | */s/ William F. Lee* |
| JAMES L. QUARLES III | WILLIAM F. LEE |
| WILMER CUTLER PICKERING | MARK C. FLEMING |
|     HALE AND DORR LLP | LAUREN B. FLETCHER |
| 1875 Pennsylvania Avenue, N.W. | WILMER CUTLER PICKERING |
| Washington, DC  2006 |     HALE AND DORR LLP |
| (202) 663-6000 | 60 State Street |
|  | Boston, MA  02109 |
| RACHEL KREVANS | (617) 526-6000 |
| RUTH N. BORENSTEIN |  |
| CHRISTOPHER L. ROBINSON | MARK D. SELWYN |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street |     HALE AND DORR LLP |
| San Francisco, CA  94105 | 950 Page Mill Road |
| (415) 268-7000 | Palo Alto, CA  94304 |
|  | (650) 858-6000 |
|  |  |
|  | *Attorneys for Apple Inc.* |

June 20, 2014

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Unopposed Motion of Plaintiff-Cross Appellant Apple Inc. for a 21-Day Extension of Time in which to File Principal Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 20th day of June, 2014, which will send notice of such filing to all registered CM/ECF users.


| William F. Lee | */s/ William F. Lee* |
|---|---|
| Name of Counsel | Signature of Counsel |


**Law Firm:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 60 State Street
**City, State, ZIP:** Boston, MA  02109
**Telephone Number:** (617) 526-6000
**FAX Number:** (617) 526-5000
**E-mail Address:** william.lee@wilmerhale.com

**Nos. 2014-1335, -1368**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC., a California corporation,

*Plaintiff-Cross Appellant*,

*v.*

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,
SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,
SAMSUNG TELECOMMUNICATIONS AMERICA LLC,
a Delaware limited liability company,

*Defendants-Appellants.*

Appeals from the United States District Court for the
Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of Plaintiff- Cross Appellant Apple Inc. for a 21-Day Extension of Time in Which to File Principal Brief;

IT IS HEREBY ORDERED that:

The motion is granted.  Plaintiff-Cross Appellant's principal brief is due July 28, 2014.

Date: _____      _____